# Exhibit A



# TREASURY

## Background Briefing

Benjamin Gielczyk, Senior Fiscal Analyst

December 2015



# Treasury Funding Sources

State restricted funds, mainly sales tax revenue for revenue sharing, are the largest revenue source in the budget.

**FY 2015-16 Treasury Budget = $1,945,052,200**
(Includes $29.9 million in one-time appropriations)

- State Restricted $1,606,455,600 — 82.6%
- State GF/GP $280,379,300 — 14.4%
- Federal $39,661,500 — 2.0%
- IDGs $9,500,700 — 0.5%
- Local $9,029,700 — 0.5%
- Private $25,400 — 0.0%