UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James Bridgewater

        Plaintiff(s),

v.

Michigan Gaming Control Board and Richard S. Kalm

        Defendant(s).
_____/

Case No. 2:16-cv-10782

Judge David M. Lawson

Magistrate Judge Anthony P. Patti

## NOTICE OF APPEAL

Notice is hereby given that __MI Gaming Control Board and Richard S. Kalm__ appeals to the United States Court of Appeals for the Sixth Circuit from the:   ☐ Judgment   ☑ Order

☐ Other: _____

entered in this action on __October 10, 2017__.

Date: November 8, 2017

Counsel is: RETAINED

/s/ Jeanmarie Miller

P44446
MI Attorney General's Office, CLEE Division
P.O. Box 30736
Lansing, MI 48909
517.373.6434
millerj51@michigan.gov

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.